UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: GIBSON, BILLY W. § Case No. 12-18047-LED
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 11, 2012. The undersigned trustee was appointed on July 11, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          136,482.64

> Funds were disbursed in the following amounts:
>
> | | |
> |---|---:|
> | Payments made under an interim distribution | 121,280.00 |
> | Administrative expenses | 9,115.00 |
> | Bank service fees | 110.00 |
> | Other payments to creditors | 0.00 |
> | Non-estate funds paid to 3rd Parties | 0.00 |
> | Exemptions paid to the debtor | 170.50 |
> | Other payments to the debtor | 0.00 |
> | Leaving a balance on hand of [1] | $   5,807.14 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/13/2012 and the deadline for filing governmental claims was 01/07/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,065.61. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,828.04, for a total compensation of $2,828.04.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $196.03, for total expenses of $196.03.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/07/2013          By: /s/Joseph B. Atkins, Trustee
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-18047-LED  
**Case Name:** GIBSON, BILLY W.  

**Trustee:** (480040) Joseph B. Atkins, Trustee  
**Filed (f) or Converted (c):** 07/11/12 (f)  
**§341(a) Meeting Date:** 08/10/12  

**Period Ending:** 11/07/13  
**Claims Bar Date:** 11/13/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1321 RAMONA, BOULDER CITY, NV 89005<br>  SHORT SALE: SOLD | 120,000.00 | 0.00 | | 130,000.00 | FA |
| 2 | BOULDER DAM CREDIT UNION CHECKING ACCOUNT | 34.00 | 34.00 | | 34.00 | FA |
| 3 | BOULDER DAM CREDIT UNION SAVINGS ACCOUNT | 0.00 | 0.00 | | 5.00 | FA |
| 4 | HOUSEHOLD GOODS/FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 2012 TAX REFUND<br>  (aa), NO (z) | Unknown | 459.50 | | 459.50 | FA |
| 7 | 2004 TOYOTA TACOMA | 8,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2004 BIG TEX UTILITY TRAILER<br>  exemption changed per amendment filed 8/10/12 | 650.00 | 200.00 | | 200.00 | FA |
| 9 | 1995 LONGRUN TRAILER<br>  asset removed per amendment filed 8/9/12; see asset #12 | 200.00 | 0.00 | | 0.00 | FA |
| 10 | 1994 SUZUKI DR 350 | 550.00 | 0.00 | | 0.00 | FA |
| 11 | 1994 KAWASAKI JET SKI NOT RUNNING<br>  asset removed per amendment filed 8/9/12; see asset #12 | 500.00 | 500.00 | | 0.00 | FA |
| 12 | 1994 KAWASAKI JET SKI & 1995 LONG RUN TRAILER NO<br>  NOT WORTH PICKING UP; ABANDON PER JBA | 650.00 | 650.00 | | 0.00 | FA |
| 13 | CAPITAL ONE PREFERENCE (u)<br>  c/o patenaude & felix | 0.00 | 613.64 | | 613.64 | FA |
| 14 | BANKRUPTCY RELEASE FEE (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$132,784.00** | **$7,457.14** | | **$136,312.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

  review claims / TFR / TDR

  7/22/13 ORDER ENTERED APPROVING SHORT SALE

Printed: 11/07/2013 02:46 PM    V.13.13

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-18047-LED  
**Case Name:** GIBSON, BILLY W.

**Trustee:** (480040) Joseph B. Atkins, Trustee  
**Filed (f) or Converted (c):** 07/11/12 (f)  
**§341(a) Meeting Date:** 08/10/12

**Period Ending:** 11/07/13

**Claims Bar Date:** 11/13/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

7/29/13; rcvd $4605 ck from NV Title  
8/22/13 FILED REPORT OF SALE

**Initial Projected Date Of Final Report (TFR):**     July 12, 2014          **Current Projected Date Of Final Report (TFR):**     July 12, 2014

Printed: 11/07/2013 02:46 PM     V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-18047-LED  
**Case Name:** GIBSON, BILLY W.  

**Taxpayer ID #:** **-***1494  
**Period Ending:** 11/07/13  

**Trustee:** Joseph B. Atkins, Trustee (480040)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******07-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/12 | {13} | PATENAUDE & FELIX | capital one preference | 1241-000 | 613.64 | | 613.64 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001048004088 20121213 | 9999-000 | | 613.64 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 613.64 | 613.64 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 613.64 | |
| | | | **Subtotal** | | 613.64 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$613.64** | **$0.00** | |

{} Asset reference(s)

Printed: 11/07/2013 02:46 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-18047-LED
**Case Name:** GIBSON, BILLY W.
**Taxpayer ID #:** **-***1494
**Period Ending:** 11/07/13

**Trustee:** Joseph B. Atkins, Trustee (480040)
**Bank Name:** Rabobank, N.A.
**Account:** ****678766 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | | 9999-000 | 613.64 | | 613.64 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 603.64 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 593.64 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 583.64 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 573.64 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 563.64 |
| 05/24/13 | | US TREASURY | 12 tax ref | | | 869.00 | | 1,432.64 |
| | {2} | | pet date bk bal | 34.00 | 1129-000 | | | 1,432.64 |
| | {3} | | pet date bk bal | 5.00 | 1129-000 | | | 1,432.64 |
| | {8} | | equity | 200.00 | 1129-000 | | | 1,432.64 |
| | | | debtor portion | 170.50 | 1280-000 | | | 1,432.64 |
| | {6} | | estate portion | 459.50 | 1124-000 | | | 1,432.64 |
| 05/31/13 | 10101 | BILLY GIBSON | prorations & exemptions | | 8100-002 | | 170.50 | 1,262.14 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,252.14 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,242.14 |
| 07/30/13 | | NV TITLE COMPANY | short sale | | | 4,605.00 | | 5,847.14 |
| | {1} | | PURCHASE PRICE | 130,000.00 | 1110-000 | | | 5,847.14 |
| | | | WF MORT PAYOFF | -119,780.00 | 4110-000 | | | 5,847.14 |
| | | | BENEFICIAL MORT PAYOFF | -1,500.00 | 4110-000 | | | 5,847.14 |
| | | | REALTOR COMMISSION | -6,500.00 | 3510-000 | | | 5,847.14 |
| | | | CLOSING FEE | -692.00 | 2500-000 | | | 5,847.14 |
| | | | NOTARY FEE | -3.00 | 2500-000 | | | 5,847.14 |
| | | | TITLE INSURANCE | -842.00 | 2500-000 | | | 5,847.14 |
| | | | RECORDING FEE | -20.00 | 2500-000 | | | 5,847.14 |
| | | | COUNTY TAX | -663.00 | 2820-000 | | | 5,847.14 |
| | {14} | | BK RELEASE FEE | 5,000.00 | 1229-000 | | | 5,847.14 |
| | | | REALTOR EXPENSE | -395.00 | 3520-000 | | | 5,847.14 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,837.14 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,827.14 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,817.14 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,807.14 |

Subtotals :   $6,087.64   $280.50

{} Asset reference(s)

Printed: 11/07/2013 02:46 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 12-18047-LED | | **Trustee:** | Joseph B. Atkins, Trustee (480040) |
|---|---|---|---|---|
| **Case Name:** | GIBSON, BILLY W. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****678766 - Checking Account |
| **Taxpayer ID #:** | **-***1494 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 11/07/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,087.64 | 280.50 | $5,807.14 |
| | | | Less: Bank Transfers | | 613.64 | 0.00 | |
| | | | **Subtotal** | | 5,474.00 | 280.50 | |
| | | | Less: Payments to Debtors | | | 170.50 | |
| | | | **NET Receipts / Disbursements** | | **$5,474.00** | **$110.00** | |

| | |
|---:|---:|
| Net Receipts : | 6,087.64 |
| Plus Gross Adjustments : | 130,395.00 |
| Less Payments to Debtor : | 170.50 |
| Net Estate : | $136,312.14 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **Checking # 9200-******07-66** | 613.64 | 0.00 | 0.00 |
| **Checking # ****678766** | 5,474.00 | 110.00 | 5,807.14 |
| | $6,087.64 | $110.00 | $5,807.14 |

{} Asset reference(s)                                                                                           Printed: 11/07/2013 02:46 PM    V.13.13

# Court Claims Register

**Case: 12-18047-LED          GIBSON, BILLY W.**

Claims Bar Date: 11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TTEEXP | JOSEPH B. ATKINS<br>3815 S. JONES BLVD., #5<br>LAS VEGAS, NV 89103<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>07/11/12 |  | $196.03<br>$196.03 | $0.00 | $196.03 |
| TTEFEES | JOSEPH B. ATKINS<br>3815 S. JONES BLVD., #5<br>LAS VEGAS, NV 89103<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>07/11/12 |  | $10,065.61<br>$2,828.04 | $0.00 | $2,828.04 |
| 1 | Calvary Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake Dr. Suite 400<br>Valhalla, NY 10595<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/16/12 | 7369 | $3,885.69<br>$3,885.69 | $0.00 | $3,885.69 |
| 2 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/17/12 | 0867<br><br>CHASE | $6,033.05<br>$6,033.05 | $0.00 | $6,033.05 |
| 3 | Boulder Dam Cu<br>Acct No xxxxxxxxx0099<br>530 Ave. G,P.O. Box 61530<br>Boulder City, NV 89006<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/24/12 | 9005 | $3,259.23<br>$3,259.23 | $0.00 | $3,259.23 |
| 4 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/04/12 | 7317 OR 9993 | $2,921.74<br>$2,921.74 | $0.00 | $2,921.74 |
| 5 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/23/12 | 6609 | $10,443.54<br>$10,443.54 | $0.00 | $10,443.54 |
| 6 | Portfolio Recovery Associates, LLC<br>POB 12914<br><br>Norfolk, VA 23541<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/12/12 | 8832<br><br>PAYPAL | $2,627.29<br>$2,627.29 | $0.00 | $2,627.29 |

# Court Claims Register

**Case: 12-18047-LED**       **GIBSON, BILLY W.**

Claims Bar Date:  11/13/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Portfolio Recovery Associates, LLC<br>POB 12914<br><br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/13/12 | 0322<br><br>UNION TRUST | $614.34<br>$614.34 | $0.00 | $614.34 |
| 8 | CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD., SUITE #200<br>TUCSON, AZ 85712<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>11/23/12 | 3250<br><br>BEST BUY | $2,113.63<br>$2,113.63 | $0.00 | $2,113.63 |
| | | | **Case Total:** | | **$0.00** | **$34,922.58** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-18047-LED
Case Name: GIBSON, BILLY W.
Trustee Name: Joseph B. Atkins, Trustee

**Balance on hand:** $ 5,807.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,807.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH B. ATKINS | 2,828.04 | 0.00 | 2,828.04 |
| Trustee, Expenses - JOSEPH B. ATKINS | 196.03 | 0.00 | 196.03 |

Total to be paid for chapter 7 administration expenses: $ 3,024.07
Remaining balance: $ 2,783.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,783.07

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,783.07

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 29,784.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Calvary Portfolio Services | 3,885.69 | 0.00 | 363.09 |
| 2 | American InfoSource LP as agent for | 6,033.05 | 0.00 | 563.72 |
| 3 | Boulder Dam Cu | 3,259.23 | 0.00 | 304.54 |
| 4 | Capital One Bank (USA), N.A. | 2,921.74 | 0.00 | 273.00 |
| 5 | Citibank, N.A. | 10,443.54 | 0.00 | 975.83 |
| 6 | Portfolio Recovery Associates, LLC | 2,627.29 | 0.00 | 245.49 |
| 7 | Portfolio Recovery Associates, LLC | 614.34 | 0.00 | 57.40 |

Total to be paid for timely general unsecured claims: $ 2,783.07
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,113.63 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | CAPITAL ONE, N.A. | 2,113.63 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**